for defendant-cross appellant. With him on the brief was Michelle P. Nguyen.

Before RADER, Chief Judge, PLAGER, and GAJARSA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Gerard F. Dunne, Law Office of Gerard F. Dunne, PC, of New York, New York, argued for defendant-appellant.

Before LOURIE, SCHALL, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**ATLANTIS ENTERPRISES, INC.,**
**Plaintiff–Appellee,**

v.

**E & B GIFTWARE, LLC,**
**Defendant–Appellant,**

and

**Does 1–10, Inclusive, Defendants.**

No. 2010–1213.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2010.

**U.S. RING BINDER, L.P.,**
**Plaintiff–Appellant,**

v.

**STAPLES THE OFFICE SUPER-STORE, LLC, World Wide Stationery Manufacturing Co., Ltd., Charles Leonard National, Inc., and Charles Leonard Western, Inc., Defendants–Appellees.**

Nos. 2010–1284, 2010–1425.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2010.

Henry Tovmassian, Law Offices of Henry Tovmassian, of Sherman Oaks, California, argued for plaintiff-appellee.

David L. Applegate, William Montgomery & John Ltd., of Chicago, Illinois, argued for plaintiff-appellant.